JOSEPHINE M. LAKE, administratrix, &c., appellant,

*v.*

JOSEPHINE T. WEAVER, respondent.

[Argued March 13th, 1912.   Decided November 22d, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported *ante p. 395.*

*Messrs. Melosh & Morten,* for the respondent.

*Mr. John J. Crandall,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, TREACY—12.

*For reversal*—None.